PHILLIP A. TALBERT
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARNELLL EDWARDS,<br><br>Defendant. | CASE NO. 1:19-CR-00238 ADA-BAM<br><br>STIPULATION TO SCHEDULE CASE FOR CHANGE OF PLEA ON DECEMBER 12, 2022 |

The court has scheduled a trial to begin on April 25, 2023. Since that trial date was scheduled, the parties have been able to negotiate a written plea agreement. The parties request that the court schedule this case for a change of plea hearing on December 12, 2022.

Dated: November 8, 2022                    PHILLIP A. TALBERT
                                           United States Attorney

                                     By:   /s/ DAVID L. GAPPA
                                           DAVID L. GAPPA
                                           Assistant United States Attorney


Dated: November 8, 2022                    /s/ Daniel Harralson
                                           DANIEL HARRALSON
                                           Counsel for Darnell Edwards

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>DARNELL EDWARDS,<br><br>　　　　　　　Defendant. | CASE NO.  1:19-CR-00238 DAD-BAM<br><br>ORDER<br><br>DATE: December 12, 2022<br>TIME: 8:30 a.m.<br>COURT: Hon. Ana de Alba |

**FINDINGS AND ORDER**

The court has reviewed and considered the stipulation that the parties filed on November 8, 2022.  Based on the reasons articulated in that filing, the court finds good cause to schedule this case for a change of plea hearing on December 12, 2022, at 8:30 a.m.  Since Speedy Trial Act time has previously been excluded through the start of the scheduled trial, no additional finding or order on that issue is needed.

IT IS SO ORDERED.

　　Dated:   November 9, 2022　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

2