**DANIEL L. HARRALSON,** Bar #109322
Attorney at Law
Post Office Box 26688
Fresno, California 93729-6688
Telephone: (559) 486-4560
Facsimile: (559) 486-4320

Attorneys for Defendant: **Darnell Edwards**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>DARNELL EDWARDS,<br><br>　　　　　　　Defendant. | Case No: 1:19-CR-00238-ADA-BAM<br><br>**STIPULATION TO CONTINUE; ORDER**<br><br>DATE: March 20, 2023<br>Time 8:30 am<br>Place: Dept. 1 Honorable Judge Ana de Alba |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the sentencing hearing in the above captioned matter now set for **March 20, 2023, at 8:30 a.m.**, **may be continued to May, 1, 2023, at 8:30 am., in Department 1 of the United States District Court.**

　　　　The continuance is requested by counsel for Defendant, DANIEL L. HARRALSON, to allow additional time for the preparation of the Presentence Report after the Probation Interview with Federal Probation Officer and to allow for the preparation of Informal and Formal Objections.

1

DATED: February 23, 2023          Respectfully Submitted,

**DANIEL L. HARRALSON**

　　/s/ Daniel Harralson
DANIEL L. HARRALSON
Attorney for Defendant

DATED: February 23, 2023          **UNITED STATES ATTORNEYS OFFICE**

　　/s/ David Gappa
DAVID GAPPA
Attorney for United States

-------------------------------------------------

# ORDER
-----

*IT IS HEREBY ORDERED.* That the Sentencing Hearing of March 20, 2023 at 8:30 am, be continued to May 1, 2023, at 8:30 am.

IT IS SO ORDERED.

　Dated:   February 24, 2023                          _____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

y